**POLI, MOON & ZANE, PLLC**.
Michael N. Poli (Bar No. 005461)
MPoli@pmzlaw.com
403 Hill Street
Reno, Nevada 89501
Telephone: (775) 229-8021

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ZIMMERMAN, individually and as Trustee of the ZIMMERMAN FAMILY TRUST 1994,<br><br>Plaintiff,<br><br>vs.<br><br>PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | Case No. 2:22-cv-1174-JCM-VCF<br><br>**STIPULATION TO EXTEND LIMITED DISCOVERY AND AND DISPOSITIVE MOTION DEADLINES (ECF No. 13)**<br><br>**(Second Request)** |

Pursuant to LR IA 6-1 and LR 7.1, the Court's Minutes dated September 30, 2022 (ECF No. 11), setting deadlines for Limited Discovery (January 27, 2023) and Dispositive Motions (February 27, 2023), and the Court's Order Granting Stipulation to Extend Limited Discovery Deadlines dated January 27, 2023 (ECF No. 13), Plaintiff Joseph Zimmerman and Defendant Penn-Star Insurance Company hereby stipulate and jointly request a 60-day extension of said deadlines. This is the parties' second request for such an extension.

The parties have attempted to complete depositions in this matter, but require additional time given the scheduling difficulties associated with doing so; due, in part, to the heavily booked calendar of Plaintiff's counsel for March and April to conduct numerous depositions in other matters, appellate deadlines, and other scheduling conflicts. In addition, defense counsel has a conflicting medical procedure with a deposition that is currently set for April 6, 2023, which deposition is being postponed.

/ / /

The following depositions are currently set, and/or need to be rescheduled:

| Deponent | Role | Deposition Date |
|---|---|---|
| Joseph Zimmerman | Plaintiff | TBD (Previously set for March 30, 2023) |
| Robert Massaro | Senior Claims Examiner | TBD (Previously set for April 6, 2023) |
| James Overton | Claims Adjuster | April 11, 2023 |

Based on the foregoing, the parties respectfully request that the current limited discovery and dispositive motion deadlines be extended as follows:

(1)   The deadline for Limited Discovery (to resolve the coverage and investigation issues), currently April 12, 2023, be extended to June 12, 2023; and

(2)   The deadline for Dispositive Motions, currently May 15, 2023, be extended to July 14, 2023.

DATED this 5th day of April, 2023.

POLI, MOON & ZANE, PLLC

By /s/ Michael N. Poli
Michael N. Poli
403 Hill Street
Reno, Nevada 89501
Attorneys for Plaintiff

RESNICK & LOUIS, P.C.

By /s/ Jeffrey H. Ballin (with permission)
Jeffrey H. Ballin
8925 W. Russell Road, Suite 220
Las Vegas, Nevada 89148
Attorneys for Defendant
  Penn-Star Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2023, I electronically transmitted the foregoing document to the Clerk of the Court for the United States District Court, District of Nevada using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant and counsel of record:

Jeffrey H. Ballin, Esq.
RESNICK & LOUIS, P.C.
8925 W. Russell Road, Suite 220
Las Vegas, Nevada 89148
jballin@rlattorneys.com
*Attorneys for Defendant*
*Penn-Star Insurance Company*

　　　　　　　　　 /s/ Linda Lieber
　　　　　　　an employee of Poli, Moon & Zane, PLLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH ZIMMERMAN, individually and as Trustee of the ZIMMERMAN FAMILY TRUST 1994,<br><br>Plaintiff,<br><br>vs.<br><br>PENN-STAR INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | Case No. 2:22-cv-1174-JCM-VCF<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO EXTEND LIMITED DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

The Court having considered the parties' Stipulation to Extend Limited Discovery and Dispositive Motion Deadlines, and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' stipulation.

**IT IS FURTHER ORDERED** as follows:

Limited Discovery to resolve the coverage and investigation issues shall be completed by June 12, 2023; and

Dispositive motions shall be filed by July 14, 2023.

The parties shall file a new Discovery Plan and Scheduling Order, if necessary, within 20 days after dispositive motions are resolved.

Joint Pretrial Order due August 14, 2023.

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

IT IS SO ORDERED:

Dated: 4-6-2023

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE