| | |
|---|---|
| **RESNICK & LOUIS, P.C.**<br>PAUL A. ACKER, ESQ. (Bar No. 3670)<br>ELEANOR D. MURPHY, ESQ. (Bar No. 15071)<br>8945 West Russell Road, Suite 330<br>Las Vegas, NV  89148<br>Telephone: (702) 997-3800<br>Facsimile: (702) 997-3800<br>packer@rlattorneys.com<br>emurphy@rlattorneys.com<br>*Attorneys for Defendant,*<br>*Penn-Star Insurance Company* | **ROBINS CLOUD LLP**<br>KEVIN M. POLLACK, (SBN 272786)<br>*admitted Pro Hac Vice*<br>ANDREW WU, (SBN 293909)<br>*admitted Pro Hac Vice*<br>808 Wilshire Boulevard, Suite 450<br>Santa Monica, California 90401<br>Telephone: (310) 929-4200<br>Facsimile: (310) 566-5900<br>kpollack@robinscloud.com<br>awu@robinscloud.com<br>*Attorneys for Plaintiff* |

**POLI, MOON & ZANE, PLLC.**
Michael N. Poli (Bar No. 005461)
MPoli@pmzlaw.com
403 Hill Street
Reno, Nevada 89501
Telephone: (775) 229-8021

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH ZIMMERMAN, individually and as Trustee of the ZIMMERMAN FAMILY TRUST 1994,<br><br>Plaintiff,<br><br>vs.<br><br>PENN-STAR INSURANCE COMPANY,<br><br>Defendant. | CASE NO.:   2:22-cv-1174-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE FILING OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

COMES NOW, Plaintiff JOSEPH ZIMMERMAN individually and as Trustee of the ZIMMERMAN FAMILY TRUST 1994 ("Plaintiff") by and through his counsel, MICHAEL N. POLI, ESQ., of POLI, MOON & ZANE, PLLC, and KEVIN M. POLLACK, ESQ. and ANDREW WU, ESQ. of ROBINS CLOUD, LLP and Defendant PENN-STAR INSURANCE COMPANY ("Defendant"), by and through its counsel, PAUL A. ACKER, ESQ., and ELEANOR D. MURPHY, ESQ., of RESNICK & LOUIS, P.C.,  who hereby stipulate to extend the deadline for Plaintiff to file a Reply in support of Plaintiff's Motion for Partial Summary

1

**STIPULATION AND ORDER TO EXTEND TIME FOR THE FILING OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Judgment, extending the deadline from November 1, 2023 to November 8, 2023.

The dispositive motion deadline in this case was set for September 12, 2023, pursuant to the most recent scheduling and trial order [ECF No. 24]. Plaintiff filed a Motion for Partial Summary Judgment on September 13, 2023 [ECF No. 26], and Plaintiff also filed an unopposed motion to permit the late filing of his partial Motion, due to the weather conditions that prohibited the timely filing of same [ECF No. 27]. On October 18, Defendant filed its Opposition to Plaintiff's Motion for Partial Summary Judgment. [ECF No. 36]. As such, Plaintiff's Reply to Defendant's Opposition was due on November 1, 2023.

Plaintiff is represented by Mr. Poli of POLI, MOON & ZANE, PLLC, as well as counsel from the State of California, ROBINS CLOUD LLP, admitted *Pro Hac Vice* (hereafter "Mr. Pollack").

Plaintiff's counsel failed to timely file a reply due to clerical error, inadvertence and excusable neglect, as a result of unexpected and unfortunate events affecting both Mr. Poli's and Mr. Pollack's legal teams, which were beyond the control of Plaintiff, Mr. Zimmerman. Mr. Poli's legal assistant, Linda Lieber, passed away in the first week of October 2023, leaving Mr. Poli without the necessary assistance to perform work on the action herein. Likewise, Mr. Pollack's legal assistant and calendaring secretary, Stephanie Khersonsky's (hereafter "Ms. Khersonsky"), grandfather passed away on October 23, 2023. Ms. Khersonsky was not fully able to perform her work for the week *prior* to her grandfather's passing because she was at her grandfather's bedside for all hours for the week prior to his passing. Furthermore, Ms. Khersonsky was not able to fully perform her work for the week *following* her grandfather's passing due to mourning, leaving Mr. Pollack without the necessary assistance to perform work on the action herein.

As a result of these unfortunate and unexpected events affecting **both** of Plaintiff's counsels, Mr. Poli's and Mr. Pollack's legal team, Plaintiff's deadline to file his Reply, due November 1, 2023, was inadvertently not calendared due to clerical error, inadvertence and excusable neglect.

Upon realization of this clerical error, Mr. Pollack reached out to counsel for Defendant, Eleanor D. Murphy (hereafter "Ms. Murphy"), on November 2, 2023 and requested that

Defendant agree to stipulate to an extension of one week, so that Plaintiff is able to file his Reply on November 8, 2023, and in order so that the issues may be decided on the merits. In response, counsel for the Defendant, Ms. Murphy, stated that Defendant was agreeable to such a one-week extension.

Accordingly, the parties are requesting an extension of seven (7) days, making Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment due on November 8, 2023.

IT IS HEREBY STIPULATED AND AGREED between the parties that Plaintiff shall have up to and including November 8, 2023, to file his Reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgement.

| Dated this 2nd day of November, 2023 | Dated this 2nd day of November, 2023 |
|---|---|
| **RESNICK & LOUIS, P.C.** | **ROBINS CLOUD LLP** |
| /s/ Eleanor D. Murphy | |
| PAUL A. ACKER, ESQ. | KEVIN M. POLLACK, ESQ., |
| Nevada Bar No. 3670 | *admitted Pro Hac Vice* |
| ELEANOR D. MURPHY, ESQ. | 808 Wilshire Boulevard, Suite 450 |
| Nevada Bar No. 15071 | Santa Monica, California 90401 |
| 8925 West Russell Road, Suite 220 | *Attorneys for Plaintiff* |
| Las Vegas, Nevada 89148 | |
| *Attorneys for Defendant* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: November 3, 2023

.

3

**STIPULATION AND ORDER TO EXTEND TIME FOR THE FILING OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**