| | |
|---|---|
| **POLI, MOON & ZANE, PLLC.**<br>Michael N. Poli (Bar No. 005461)<br>403 Hill Street<br>Reno, Nevada 89501<br>Telephone: (775) 229-8021<br>mpoli@pmzlaw.com<br><br>**ABIR COHEN TREYZON SALO, LLP**<br>Kevin M. Pollack, *Admitted Pro Hac Vice*<br>16001 Ventura Blvd., Suite 200<br>Encino, CA 91436<br>Telephone: (833) 228-7529<br>Facsimile: (424) 288-4368<br>kpollack@actslaw.com<br><br>*Attorneys for Plaintiff* | **RESNICK & LOUIS, P.C.**<br>Paul A. Acker (Bar No. 3670)<br>Bethany L. Kirkenir (Bar No. 13165)<br>8945 West Russell Road, Suite 330<br>Las Vegas, NV  89148<br>Telephone: (702) 997-3800<br>Facsimile: (702) 997-3800<br>packer@rlattorneys.com<br>bkirkenir@rlattorneys.com<br><br>*Attorneys for Defendant,*<br>*Penn-Star Insurance Company* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ZIMMERMAN, individually and as Trustee of the ZIMMERMAN FAMILY TRUST 1994,<br><br>           Plaintiff,<br><br>vs.<br><br>PENN-STAR INSURANCE COMPANY,<br><br>           Defendant. | CASE NO.: 2:22-cv-1174-JCM-MDC<br><br>**STIPULATION TO AMEND SCHEDULING ORDER WITH RESPECT TO THE FED. R. CIV. P. 26(a)(2) EXPERT DISCLOSURE DEADLINE ONLY**<br><br>[*This is the Parties' 4th extension*] |

Pursuant to Local Rule 26-3, Plaintiff Joseph Zimmerman, both individually and as Trustee of the Zimmerman Family Trust 1994 ("Plaintiff") and Defendant Penn-Star Insurance Company ("Defendant"), by and through their counsel (collectively, the "Parties") hereby stipulate and request this court extend the May 27, 2025 expert disclosure deadline (Fed. R. Civ. P. 26(a)(2)), through and including June 10, 2025.  The Parties stipulate that all other deadlines as granted in the Court's Order dated March 14, 2025 (Doc. 55) remain the same.

1

The reason for the extension is Plaintiff's retained expert has run into scheduling difficulties and will be out of town from May 15, 2025 through May 31, 2025.

Therefore, for the foregoing reason, the Parties respectfully request the Court grant an extension of the expert disclosure deadline (Fed. R. Civ. P. 26(a)(2)) through and including June 10, 2025.

DATED: May 6, 2025

**RESNICK & LOUIS, P.C.**

By: _//s// Paul A. Acker_
PAUL A. ACKER, ESQ.
BETHANY L. KIRKENIR, ESQ.
*Attorneys for Defendant,*
*Penn-Star Insurance Company*

DATED: May 6, 2025

**POLI, MOON, ZANE, PLLC &**
**ABIR COHEN TREYZON SALO, LLP**

By: _//s// Kevin M. Pollack_
MICHAEL N. POLI, ESQ.
KEVIN M. POLLACK, ESQ.
*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 5/8/2025

2