| | |
|---|---|
| **POLI, MOON & ZANE, PLLC.**<br>Michael N. Poli (Bar No. 005461)<br>403 Hill Street<br>Reno, Nevada 89501<br>Telephone: (775) 229-8021<br>mpoli@pmzlaw.com<br><br>**ABIR COHEN TREYZON SALO, LLP**<br>Kevin M. Pollack, *Admitted Pro Hac Vice*<br>16001 Ventura Blvd., Suite 200<br>Encino, CA 91436<br>Telephone: (833) 228-7529<br>Facsimile: (424) 288-4368<br>kpollack@actslaw.com<br><br>*Attorneys for Plaintiff* | **RESNICK & LOUIS, P.C.**<br>Paul A. Acker (Bar No. 3670)<br>Bethany L. Kirkenir (Bar No. 13165)<br>8945 West Russell Road, Suite 330<br>Las Vegas, NV  89148<br>Telephone: (702) 997-3800<br>Facsimile: (702) 997-3800<br>packer@rlattorneys.com<br>bkirkenir@rlattorneys.com<br><br>*Attorneys for Defendant,*<br>*Penn-Star Insurance Company* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ZIMMERMAN, individually and as Trustee of the ZIMMERMAN FAMILY TRUST 1994,<br><br>Plaintiff,<br><br>vs.<br><br>PENN-STAR INSURANCE COMPANY,<br><br>Defendant. | CASE NO.: 2:22-cv-1174-JCM-MDC<br><br>**STIPULATION TO AMEND SCHEDULING ORDER WITH RESPECT TO DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINES ONLY**<br><br>[*This is the Parties' 5th extension*] |

Pursuant to Local Rule 26-3, Plaintiff Joseph Zimmerman, both individually and as Trustee of the Zimmerman Family Trust 1994 ("Plaintiff") and Defendant Penn-Star Insurance Company ("Defendant"), by and through their counsel (collectively, the "Parties") hereby stipulate and request this court extend the discovery cut-off and dispositive motion dates as follows:

/ / /

/ / /

1

| Description | Current Deadline | New Deadline |
|---|---|---|
| Discovery cut-off | July 25, 2025 | August 25, 2025 |
| Dispositive Motions<br><br>[Pursuant to Local Rule 26-1(b)(4), the deadline for filing dispositive motions is 30 days after the discovery cut-off date] | August 25, 2025 | September 24, 2025 |

The Parties stipulate that all other deadlines as granted in the Court's Orders dated March 14, 2025 (Doc. 55) and May 8, 2025 (Doc. 57) remain the same.

The Parties are in need of additional time to complete discovery, including expert depositions for the following reasons:

1. Defendant inadvertently served additional discovery on Plaintiff's counsel at an old email address that Plaintiff's counsel no longer had access to. As a result, Plaintiff did not receive said discovery and requires additional time to provide responses. Additionally, Defendant will require a reasonable amount of time to review Plaintiff's responses and determine what, if any, additional depositions will be required.

2. In consideration of the availability of counsel and experts, the Parties require additional time to complete expert depositions.

/ / /

/ / /

1  The Parties completed initial expert designations on June 10, 2025 and will be completing
2  rebuttal expert disclosures on June 26, 2025.
3  Therefore, for the foregoing reason, the Parties respectfully request the Court grant an
4  extension of the discovery cut-off and dispositive motion dates as requested herein.

DATED: June 27, 2025

DATED: June 27, 2025

**RESNICK & LOUIS, P.C.**

**POLI, MOON, ZANE, PLLC &
ABIR COHEN TREYZON SALO, LLP**

By: _//s// Paul A. Acker_
 PAUL A. ACKER, ESQ.
 BETHANY L. KIRKENIR, ESQ.
 *Attorneys for Defendant,*
 *Penn-Star Insurance Company*

By: _//s// Kevin M. Pollack_
 MICHAEL N. POLI, ESQ.
 KEVIN M. POLLACK, ESQ.
 *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Honorable Maximilliano D. Couvillier
United States Magistrate Judge

DATED: 7-1-25

3